UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TELEBRANDS CORP.,<br><br>Plaintiff,<br><br>v.<br><br>TRISTAR PRODUCTS, INC., et al.,<br><br>Defendants. | Civil Action No. 24-10460 (EP) (MAH)<br><br>ORDER |

**THIS MATTER** having come before the Court by way of Defendants' request to stay discovery pending resolution of: (1) the motion for summary judgment in *Blue Gentian, LLC, et al. v. Tristar Products, Inc.*, Civil Action No. 13-1758 ("*Telebrands I*"); and (2) Defendants' motion to dismiss filed in this action, Joint Discovery Plan, Mar. 24, 2025, D.E. 30;

and the Court having held a conference on the record on May 28, 2025;

and the Court having considered the parties' submissions, the record, and the applicable law;

and for the reasons stated on the record during the May 28, 2025 conference;

and this Court finding that Defendants have not demonstrated good cause to stay discovery;

**IT IS** on this 28th day of May 2025,

**ORDERED THAT:**

1. Defendants' request to stay discovery pending resolution of their motion to dismiss in this action and summary judgment motion in *Telebrands I* is **denied**.

2.  **On or before June 6, 2025**, the parties will submit a revised, proposed scheduling order.

<u>*s/Michael A. Hammer*</u>
**United States Magistrate Judge**